IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00010-EWN-BNB

SCOTT ANTHONY GOMEZ, JR.,

Plaintiff,

v.

PUEBLO COUNTY, by and through the other Pueblo County, Board of County Commissioners,
KIRK M. TAYLOR, Pueblo County sheriff,
DAN CORSENTINO, former Pueblo County Sheriff,
J.R. HALL,
MARYANN STUART,
MARK LIGHTCAP,
ALLEN MEDINA,
DOUGLAS SYKES,
FRANK MORALES, and
JOHN AND JANE DOES 1-10,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a preliminary pretrial conference. The proposed

preliminary pretrial order was refused for the reasons stated on the record. Consistent with

matters discussed on the record this morning:

IT IS ORDERED that the parties shall submit a revised proposed preliminary pretrial

order, modified as discussed on the record this morning, on or before **July 23, 2008**.

IT IS FURTHER ORDERED that a supplemental preliminary pretrial conference is set

for **July 28, 2008, at 1:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the defendants' **Combined Motion to Dismiss and**

**Motion for Summary Judgment** [Doc. # 14, filed March 31, 2008] is DENIED WITHOUT

PREJUDICE as withdrawn.  The defendants may have to and including **July 21, 2008**, within

which to answer or otherwise respond to plaintiff's Complaint and Jury Demand.

Dated June 26, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge