IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00010-EWN-BNB

SCOTT ANTHONY GOMEZ, JR.,

Plaintiff,

v.

PUEBLO COUNTY, by and through the other Pueblo County, Board of County Commissioners,
KIRK M. TAYLOR, Pueblo County sheriff,
DAN CORSENTINO, former Pueblo County Sheriff,
J.R. HALL,
MARYANN STUART,
MARK LIGHTCAP,
ALLEN MEDINA,
DOUGLAS SYKES,
FRANK MORALES, and
JOHN AND JANE DOES 1-10,

Defendants.

---

## ORDER

---

This matter is before me on the defendants' **Motion to Stay Discovery** [Doc. # 39, filed 7/21/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED as follows:

(1) Discovery is stayed pending a ruling on the Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment [Doc. # 38] ("Defendants' Motion to Summary Judgment"), except such discovery as may be allowed pursuant to a motion under Rule 56(f), Fed. R. Civ. P.;

(2) The plaintiff may have to and including **August 27, 2008**, within which to

respond to Defendants' Motion for Summary Judgment;

       (3)      The discovery cut-off is extended to 90 days after any ruling on Defendants' Motion for Summary Judgment;

       (4)      All dates related to the preliminary pretrial conference are vacated pending further order of the court; and

       (5)      The parties shall file a status report within ten days after any ruling on Defendants' Motion for Summary Judgment identifying all additional pretrial matters to be scheduled, including the preliminary pretrial conference.

Dated August 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge