IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00010-EWN-BNB

SCOTT ANTHONY GOMEZ, JR.,

Plaintiff,

v.

PUEBLO COUNTY, by and through the other Pueblo County, Board of County Commissioners,
KIRK M. TAYLOR, Pueblo County sheriff,
DAN CORSENTINO, former Pueblo County Sheriff,
J.R. HALL,
MARYANN STUART,
MARK LIGHTCAP,
ALLEN MEDINA,
DOUGLAS SYKES,
FRANK MORALES, and
JOHN AND JANE DOES 1-10,

Defendants.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 8, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 26, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge