IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00010-EWN-BNB

SCOTT ANTHONY GOMEZ, JR.,

    Plaintiff,

v.

PUEBLO COUNTY, by and through the PUEBLO COUNTY BOARD OF COUNTY COMMISSIONERS;
KIRK M. TAYLOR, Pueblo County Sheriff;
DAN CORSENTINO, former Pueblo County Sheriff;
J.R. HALL;
MARYANN STUART;
MARK LIGHTCAP;
ALLEN MEDINA;
DOUGLAS SYKES;
FRANK MORALES; and
JOHN and JANE DOES 1-10,

    Defendants.

_____

**ORDER OF PARTIAL DISMISSAL**
_____

    THE COURT, having reviewed the parties' Stipulated Motion for Partial Dismissal, having reviewed the file, and being fully advised,

    DOES HEREBY ORDER that the individual defendants, KIRK M. TAYLOR, Pueblo County Sheriff; DAN CORSENTINO, former Pueblo County Sheriff; J. R. HALL; MARYANN STUART; MARK LIGHTCAP; ALLEN MEDINA; DOUGLAS SYKES; FRANK MORALES; and JOHN AND JANE DOES 1-10, are hereby dismissed from this lawsuit, with prejudice, with each party to pay his or her own costs and fees, reserving to Plaintiff his claims

against the remaining defendant, PUEBLO COUNTY, through the PUEBLO COUNTY BOARD OF COUNTY COMMISSIONERS.

IT IS FURTHER ORDERED, that the individual defendants be removed from the caption of this case.

Thus done and signed this 23rd day of September, 2008.

BY THE COURT:


s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE