IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00010-EWN-BNB

SCOTT ANTHONY GOMEZ, JR.,

    Plaintiff,

v.

PUEBLO COUNTY, by and through the PUEBLO COUNTY BOARD OF COUNTY COMMISSIONERS

    Defendant.
_____

**ORDER OF DISMISSAL, WITH PREJUDICE**
_____

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that this matter be dismissed, with prejudice, with each party to pay its own costs and fees.

Thus done and signed this 24th day of September, 2008.

                BY THE COURT:


                s/ Edward W. Nottingham
                Chief United States District Judge